**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED.<br><br>*Defendant.* | Civil Action No. 2:25-cv-00324-JRG<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO TSMC'S MOTION TO TRANSFER**

Plaintiff Advanced Integrated Circuit Process LLC ("AICP") hereby files this Unopposed Motion for Extension of Time to File Response to TSMC's Motion to Transfer and shows the Court as follows:

The current deadline for AICP to file its Response to Defendant Taiwan Semiconductor Manufacturing Company Limited's ("TSMC") Opposed Motion to Transfer to the Northern District of California Pursuant to 28 U.S.C. § 1404(A) ("TSMC-2 Motion to Transfer") is June 25, 2025. The parties are negotiating the scope and timing of any venue discovery to be taken in connection with the TSMC-2 Motion to Transfer[1] and a stipulation regarding the use of venue discovery from *Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor*

[1] TSMC has expressed its position that the TSMC-2 Motion to Transfer and TSMC-1 Motion to Dismiss and Transfer are substantively identical and, thus, there is no basis for any additional venue discovery in this action separate and apart from the substantial venue discovery already being conducted in TSMC-1.

*Manufacturing Company Limited*, No. 2:24-cv-00623-JRG (Member Case) (E.D. Tex.) ("TSMC-1") in the above-captioned action.

To complete that process, AICP has requested an extension of the June 25, 2025 deadline. TSMC has agreed to match the TSMC-2 Motion to Transfer deadlines to the analogous deadlines pertaining to TSMC's Motion to Dismiss AICP's Complaint Under Federal Rule of Civil Procedure 12(b)(2) for Lack of Personal Jurisdiction or in the Alternative Transfer to the Northern District of California ("TSMC-1 Motion to Dismiss and Transfer") in TSMC-1. In accordance with the Court's January 2, 2025 and June 25, 2025 orders (TSMC-1, Dkts. 42, 117), AICP has until August 8, 2025 to file its response to the TSMC-1 Motion to Dismiss and Transfer.

Wherefore, AICP respectfully requests the Court extend the deadline for AICP's Response to the TSMC-2 Motion to Transfer up to and including August 8, 2025.

Dated: June 25, 2025

Respectfully submitted,

*/s/ Justin Nelson*

Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

Ian Gore
Washington State Bar No. 54519
Kemper Diehl
Washington State Bar No. 53212
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
igore@susmangodfrey.com
kdiehl@susmangodfrey.com

Ravi Bhalla
New York State Bar No. 5748223
Andrew Nassar
New York State Bar No. 6162226
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
rbhalla@susmangodfrey.com

*Of Counsel*:
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

*Attorneys for Plaintiff AICP*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on June 25, 2025.

/s/ *Justin Nelson*
Justin A. Nelson