**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00324-JRG |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time (the "Motion for Extension") filed by Plaintiff Advanced Integrated Circuit Process LLC ("Plaintiff"). (Dkt. No. 35.) In the Motion for Extension, Plaintiff moves to extend the deadline for it to file its response to the Motion to Transfer to the Northern District of California (the "Motion to Transfer") (Dkt. No. 30) up to and including August 8, 2025. (Dkt. No. 35 at 2.) Plaintiff represents that the parties in this case are "negotiating the scope and timing of any venue discovery to be taken in connection with" the Motion to Transfer. (*Id*. at 1.) The Motion for Extension is unopposed.

Having considered the Motion for Extension (Dkt. No. 35), and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Plaintiff to respond to the Motion to Transfer (Dkt. No. 30) is **extended** up to and including August 8, 2025.

**So ORDERED and SIGNED this 27th day of June, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE