# EXHIBIT A

| | |
|---|---|
| **From:** | Conrad Gosen |
| **To:** | Andrew Nassar; Iman Lordgooei; Ravi Bhalla; Kemper Diehl; Kim Jackson; Kalpana Srinivasan; Justin A. Nelson; Ian Gore; Bianca Rey; Andrea Fair; Claire Henry; Nicholas Loaiza; Greg Fisk; paralegal@millerfairhenry.com; Ian Gore |
| **Cc:** | TSMC_AICP_McKool; Service - FR TSMC-AICP; QE-TSMC-AICP |
| **Subject:** | RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing |
| **Date:** | Monday, July 7, 2025 10:17:20 AM |
| **Attachments:** | image001.png<br>image002.png |

==EXTERNAL Email==

Andrew –

TSMC's motions to transfer for convenience in both cases are substantially the same, relying on the same declarations and substantially the same facts. As such, conducting duplicative discovery in connection with TSMC's second motion is unreasonable, particularly given that AICP has already taken voluminous venue discovery in the first case. As you well know, motions for transfer are typically briefed without the benefit of any discovery, let alone the discovery afforded to AICP already. TSMC has accommodated AICP's requests in connection with the first case, and the information AICP has obtained is more than sufficient to complete briefing on both of TSMC's motions to transfer.

Further, your refusal to provide drafts of AICP's intended discovery requests (and instead listing broad categories of discovery) impedes TSMC's ability to consider AICP's requests. Based on the broad categories of discovery you outline in your email below, it appears that AICP's discovery requests would be duplicative and overlapping of the discovery that AICP has already sought (and obtained) in connection with venue discovery in the first case.

- As to your first bullet, TSMC has already provided information about its customer relationships with AMD, Texas Instruments, and NXP in its interrogatory responses (e.g., TSMC's responses to venue interrogatories 3, 4) and AICP has questioned TSMC's deponents about these customers.
- As to your second bullet, TSMC has already provided an interrogatory response regarding the locations of its document servers (venue interrogatory 4) and has designated a corporate witness on such information (topic 10).
- As to your third bullet, TSMC has provided detailed information regarding a broad class of customers (venue interrogatory 4), including those named in AICP's second complaint.
- As to your fourth bullet, TSMC's declarations, deposition testimony, and interrogatory responses all address the question of where relevant evidence is likely to be located. Further, as confirmed during our various meet and confers on venue discovery, TSMC did not limit its venue discovery to only the products charted by AICP, and given AICP's broad allegations across multiple product nodes, the same information applies to the allegations AICP makes in its second complaint.
- Finally, as to your fifth bullet point, TSMC's interrogatory responses identify the

process/products manufactured by TSMC Arizona (venue interrogatories 2, 4).

Given that TSMC has already provided this information, there is no reason AICP needs to take the same cumulative discovery a second time.

As such, TSMC will agree to a cross-use of venue discovery from the first case in the second, but TSMC will not agree to duplicative venue discovery. To the extent that AICP intends to move for leave to conduct venue discovery in the second case, please let us know immediately. If AICP intends to seek such discovery by motion, we will need to postpone the depositions of Mr. Tsai and Mr. Hsieh pending resolution of AICP's motion (if any).

Thank you,

**Conrad Gosen**
*Of Counsel,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

conradgosen@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Andrew Nassar <ANassar@susmangodfrey.com>
**Sent:** Thursday, July 3, 2025 10:03 PM
**To:** Conrad Gosen <conradgosen@quinnemanuel.com>; Iman Lordgooei <imanlordgooei@quinnemanuel.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

[EXTERNAL EMAIL from anassar@susmangodfrey.com]

Conrad,

TSMC's continued opposition to limited venue discovery is unwarranted, especially given AICP's significant compromises relating to the scope of that discovery throughout these negotiations.

In the -623 case, AICP allocated many of its jurisdictional discovery requests to addressing TSMC's motion to dismiss for lack of personal jurisdiction, which TSMC has now withdrawn. Had TSMC filed only a motion to transfer venue on convenience grounds in that case, as it has now done in the -324 case, AICP would have been able to serve more discovery related to venue issues. Given the different and much lengthier transfer motion TSMC has filed in the -324 case, we need an opportunity to pursue corresponding venue discovery. We can do it efficiently.

We will not provide AICP's proposed discovery requests so that TSMC can prejudge them. If TSMC has objections to the scope, burden, or anything else for AICP's future venue discovery, it can make those objections and meet and confer with us about them. Nevertheless, for the sake of reaching an agreement and without limitation, we disclose the following general topics that we expect our discovery would cover:

- TSMC's targeting of Texas-based customers, such as AMD, Texas Instruments, and NXP, with offers, products, or engagements relating to the Accused Products and/or Asserted Patents
- The locations, contents, and accessibility of servers in Texas and Arizona relating to products that are manufactured at the accused process nodes or by practicing the Asserted Patents
- TSMC's customers and suppliers relating to the Accused Products and/or Asserted Patents
- The identity and location of witnesses with knowledge as to the Accused Products and TSMC's practicing of the Asserted Patents
- TSMC's manufacturing processes in Arizona, including products manufactured in Arizona, and the extent to which they rely on the Asserted Patents

To reiterate our proposal: 3 interrogatories, 2 requests for production, and 3 hours of additional 30(b)(6) deposition testimony. Because the 30(b)(6) depositions for the -623 case do not occur for several weeks, we are willing to tack on this additional deposition time to those already planned, which minimizes the burden on counsel and the witnesses.

Please let us know by Tuesday, July 8 at 3pm CT.

Thank you,
Andrew

**Andrew Nassar**

Susman Godfrey LLP

212.729.2077 (direct) | 412.298.9227 (cell)

---

**From:** Conrad Gosen <conradgosen@quinnemanuel.com>
**Sent:** Thursday, July 3, 2025 12:49 AM
**To:** Andrew Nassar <ANassar@susmangodfrey.com>; Iman Lordgooei <imanlordgooei@quinnemanuel.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

==EXTERNAL Email==

Andrew –

TSMC disagrees that any additional discovery is warranted or proper in connection with TSMC's motion to transfer. However, so that we may consider your request, please provide us copies of the discovery requests/topics that AICP would intend to serve, and we will get back to you.

Thanks,

Conrad

---

**From:** Andrew Nassar <ANassar@susmangodfrey.com>
**Sent:** Wednesday, July 2, 2025 8:04 AM
**To:** Iman Lordgooei <imanlordgooei@quinnemanuel.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Conrad Gosen <conradgosen@quinnemanuel.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing

Company Ltd. - 2:25-cv-324 - Sealed Filing

**[EXTERNAL EMAIL from anassar@susmangodfrey.com]**

Counsel,

AICP will agree to a cross-use provision with venue discovery from the first case, but that is not a substitute for all venue discovery in the second case, especially considering that many of AICP's requests in the first case were targeted at TSMC's now-withdrawn personal jurisdiction challenge. On top of that, the complaint in the -324 case involves different patents and technologies.

As a compromise, we are willing to proceed with a cross-use provision and 3 interrogatories, 2 requests for production, and 3 hours of additional 30(b)(6) deposition testimony related to issues in the second case. Please let us know by July 3 if this works for TSMC, and we will promptly send a short list of 30(b)(6) topics related to the second case.

Best,
Andrew

**Andrew Nassar**
Susman Godfrey LLP
212.729.2077 (direct) | 412.298.9227 (cell)

**From:** Iman Lordgooei <imanlordgooei@quinnemanuel.com>
**Sent:** Wednesday, June 25, 2025 2:28 PM
**To:** Ravi Bhalla <RBhalla@susmangodfrey.com>; Conrad Gosen <conradgosen@quinnemanuel.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

**EXTERNAL Email**

Hi Ravi,

We just ask that you include the footnote in the attached noting TSMC's position regarding

venue discovery in second action.  Please let us know if any issues.

Thank you.

Best,
Iman

**From:** Ravi Bhalla <RBhalla@susmangodfrey.com>
**Sent:** Thursday, June 26, 2025 1:18 AM
**To:** Conrad Gosen <conradgosen@quinnemanuel.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

**[EXTERNAL EMAIL from rbhalla@susmangodfrey.com]**

Please see the attached slightly revised motion, reflecting the Court's order extending venue discovery to July 25, 2025 in the first case.

**Ravi Bhalla || Susman Godfrey LLP**
One Manhattan West, 50th Fl. | New York, NY 10001
O. (212) 729-2009 | M. (203) 249-3216

**From:** Ravi Bhalla
**Sent:** Wednesday, June 25, 2025 11:25 AM
**To:** 'Conrad Gosen' <conradgosen@quinnemanuel.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Andrew Nassar <anassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Bianca Rey <brey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <nloaiza@susmangodfrey.com>; Greg Fisk <gfisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

Thanks, Conrad. Attached is the unopposed motion that we intend to file at 2pm ET today, assuming no objection.

**Ravi Bhalla || Susman Godfrey LLP**
One Manhattan West, 50th Fl. | New York, NY 10001
O. (212) 729-2009 | M. (203) 249-3216

---

**From:** Conrad Gosen <conradgosen@quinnemanuel.com>
**Sent:** Wednesday, June 25, 2025 7:04 AM
**To:** Kemper Diehl <KDiehl@susmangodfrey.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

EXTERNAL Email

Kemper –

Given the substantial similarity of TSMC's motions, we are amenable to extending AICP's deadline to respond to TSMC's motion to transfer in the second case to match the deadline for responding in the first case.

Thank you,

Conrad

---

**From:** Kemper Diehl <KDiehl@susmangodfrey.com>
**Sent:** Wednesday, June 25, 2025 3:40 AM
**To:** Ravi Bhalla <RBhalla@susmangodfrey.com>; Conrad Gosen <conradgosen@quinnemanuel.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP

<servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>

**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

[EXTERNAL EMAIL from kdiehl@susmangodfrey.com]

Conrad,

I tried calling you just now to touch base about this given the deadline tomorrow. Could you please confirm that TSMC does not oppose a short extension of our opposition deadline so that we can hammer out the scope of any additional venue discovery for this case and a cross-use stipulation?

Thanks,
Kemper

**Kemper Diehl**
Susman Godfrey LLP
401 Union Street, Suite 3000 | Seattle, WA 98101
Office: 206-373-7382 | Cell: 609-439-1619
www.susmangodfrey.com

**From:** Ravi Bhalla <RBhalla@susmangodfrey.com>
**Sent:** Tuesday, June 24, 2025 4:32 AM
**To:** Conrad Gosen <conradgosen@quinnemanuel.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

Hi Conrad – We are working on a counter-proposal to what you proposed on Thursday, potentially including additional discovery (relative to the discovery in the first case). The purpose of the extension is just to give the parties time to work out a final stipulation governing the motion to transfer.

**Ravi Bhalla || Susman Godfrey LLP**
One Manhattan West, 50th Fl. | New York, NY 10001
O. (212) 729-2009 | M. (203) 249-3216

---

**From:** Conrad Gosen <conradgosen@quinnemanuel.com>
**Sent:** Tuesday, June 24, 2025 7:01 AM
**To:** Ravi Bhalla <RBhalla@susmangodfrey.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

<mark>EXTERNAL Email</mark>

Ravi –

Can you please clarify your email below? E.g., is AICP agreeing that venue discovery in the first case may be cross-used in this case (without additional unnecessary and duplicative discovery) and asking to simply extend the deadline? Or is AICP still seeking additional discovery? Please let me know so that we may convey your position to TSMC.

Thanks,

Conrad

---

**From:** Ravi Bhalla <RBhalla@susmangodfrey.com>
**Sent:** Tuesday, June 24, 2025 6:50 PM
**To:** Conrad Gosen <conradgosen@quinnemanuel.com>; Andrew Nassar <ANassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>

**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

[EXTERNAL EMAIL from rbhalla@susmangodfrey.com]

Hi Conrad – We do not agree to TSMC's proposal below but are hopeful that the parties can work out an agreement and avoid burdening the Court with a dispute about venue discovery. To that end, will TSMC agree to a 21-day extension to AICP's deadline to oppose TSMC's motion to transfer? If so, we will file an unopposed motion (similar to the one filed at Dkt. 32 in the first case) later today. Thank you.

**Ravi Bhalla || Susman Godfrey LLP**
One Manhattan West, 50th Fl. | New York, NY 10001
O. (212) 729-2009 | M. (203) 249-3216

**From:** Conrad Gosen <conradgosen@quinnemanuel.com>
**Sent:** Thursday, June 19, 2025 7:30 PM
**To:** Andrew Nassar <ANassar@susmangodfrey.com>; Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

EXTERNAL Email

Andrew –

TSMC can agree to a modified briefing schedule for TSMC's motion to transfer such that AICP's response deadline (and TSMC's reply deadline) track those agreed to the parties in connection with TSMC's motion to transfer in the first case.

However, TSMC does not agree that additional discovery is necessary or appropriate in connection with TSMC's second motion to transfer. As you know, venue discovery is not done for all motions to transfer for convenience. Further, there is substantial overlap between both motions, and TSMC has submitted the same declarations and discovery responses from the first case in connection with its second motion. In light of this, TSMC can agree to a cross-use provision such that venue discovery (e.g., discovery responses, document production, and deposition transcripts) from the first case may be used in connection with briefing on TSMC's motion to transfer in the second case.

Thank you,

**Conrad Gosen**
*Of Counsel,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Andrew Nassar <ANassar@susmangodfrey.com>
**Sent:** Wednesday, June 18, 2025 4:06 PM
**To:** Kim Jackson <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

**[EXTERNAL EMAIL from anassar@susmangodfrey.com]**

---

Counsel,

In light of TSMC's motion to transfer, AICP intends to move for leave to conduct limited venue discovery.

Attached is our proposal in the form of a draft unopposed motion, pending your review.

We would appreciate a response on TSMC's position by end of day this Friday.

Thank you,
Andrew

**Andrew Nassar**

Susman Godfrey LLP

212.729.2077 (direct) | 412.298.9227 (cell)

---

**From:** Andrew Nassar
**Sent:** Wednesday, June 18, 2025 12:52 PM
**To:** 'Kim Jackson' <kjackson@McKoolSmith.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Bianca Rey <brey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <nloaiza@susmangodfrey.com>; Greg Fisk <gfisk@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>; Ravi Bhalla <rbhalla@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** RE: Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

Counsel,

Please confirm we may share this motion with our client. Otherwise, please provide a redacted copy by tomorrow.

Thank you,
Andrew

**Andrew Nassar**
Susman Godfrey LLP
212.729.2077 (direct) | 412.298.9227 (cell)

---

**From:** Kim Jackson <kjackson@McKoolSmith.com>
**Sent:** Wednesday, June 11, 2025 5:29 PM
**To:** Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Kemper Diehl <KDiehl@susmangodfrey.com>; Bianca Rey <BRey@susmangodfrey.com>; Andrea Fair <andrea@millerfairhenry.com>; Claire Henry <claire@millerfairhenry.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; Andrew Nassar <ANassar@susmangodfrey.com>; paralegal@millerfairhenry.com; Ian Gore <IGore@susmangodfrey.com>; Ravi Bhalla <RBhalla@susmangodfrey.com>
**Cc:** TSMC_AICP_McKool <TSMC_AICP_McKool@mckoolsmith.com>; Service - FR TSMC-AICP <servicefrtsmcaicp@fr.com>; QE-TSMC-AICP <qe-tsmc-aicp@quinnemanuel.com>
**Subject:** Advanced Integrated Circuit Process LLC v. Taiwan Semiconductor Manufacturing Company Ltd. - 2:25-cv-324 - Sealed Filing

==EXTERNAL Email==

Counsel

Please find on the following FTP the Defendant's Motion to Transfer Venue filed under seal at Dkt. 30.  A password for the zip file will follow separately.  Please note this will only be available for download for 7 days.

Please advise of any redactions that AICP believes need to be redacted, no later than Monday (6/11) so that we can file the redacted versions on the public docket.

https://mckoolftp.mckoolsmith.com

Username: TSMC_AICP_OppCo
Password: 3H5&p#2D3p



Kim Jackson
Senior Paralegal

Austin, TX
Tel: (512) 853-8435
www.mckoolsmith.com

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.